```
                        DEPARTMENT OF THE ARMY
                    U.S. ARMY HUMAN RESOURCES COMMAND
                             1 RESERVE WAY
                        ST. LOUIS, MO 63132-5200


AHRC-PLM-S                                                    09 JUN 2009
ORDERS   A-06-916551



COOK STEFAN FREDERICK              EAD40           MAJ EN 155 54 7803
4207 HARBOR LAKE DRIVE                             W096AA
LUTZ FL 33558


YOU ARE ORDERED TO ACTIVE DUTY FOR OPERATIONAL SUPPORT UNDER PROVISION OF
SECTION 12301 (D), TITLE 10 UNITED STATES CODE FOR THE PERIOD SHOWN PLUS THE
TIME NECESSARY TO TRAVEL.  YOU WILL PROCEED FROM YOUR HOME OR CURRENT LOCATION
IN TIME TO REPORT FOR DUTY ON THE DATE SHOWN BELOW.  UPON COMPLETION OF THIS
DUTY, UNLESS SOONER RELEASED, YOU WILL RETURN TO YOUR HOME AND UPON ARRIVAL
BE RELEASED FROM ACTIVE DUTY.

RPT TO: SOC CENTRAL (SOCJ1) W4T3AA 7115 S BDRY BLVD 813-828-6378 MACDILL AFB FL
REPORT DATE/TIME: 15 JUL 2009 RPT BETWEEN 0800 AND 1700 HRS.
PERIOD OF ACTIVE DUTY: 365 DAYS INCLUDING ACCUM LEAVE     END DATE: 14 JUL 2010
PURPOSE: CONTINGENCY OPERATION FOR ACTIVE DUTY OPERATIONAL SUPPORT (CO-ADOS)
   IN SUPPORT OF OEF
ATT TO: SOC CENTRAL (SOCJ1) W4T3AA 7115 S BDRY BLVD 813-828-6378 MACDILL AFB FL
DUTY AT: AFGHANISTAN

ADDITIONAL INSTRUCTIONS: EARLY REPORT NOT AUTH. SM WILL BE ORDERED TO ADOS TO
   PERFORM SPECIAL WORK IN CURRENT RESERVE GRADE. ATTACH FOR UCMJ, ADMIN, AND
   PAY. ALL OFCL TVL MUST BE ARRANGED THRU CARLSON TVL (1-800-756-6111) OR
   NEAREST SATO.TICKET PURCHASED AT OWN EXPENSE WILL NOT BE REIMB W/O REQ
   JUSTIFICATION. PDIEM AUTH IAW JFTR. THIS IS AN UNACC TOUR. MVMT OF HHG AND
   DEP NOT AUTH. NON TEMP STORAGE OF HHG AUTH. STORAGE OF ONE POV AUTH. ROD TO
   IN/OUT PROCESS DUTY LOCATION. YOU WILL RETURN TO THE PLACE OF INITIAL ENTRY
   ON AD FOR DEMOB/REFRAD SM WILL SUBMIT CONTINGENCY CLAIM THRU DEFENSE TRAVEL
   SYSTEM(DTS)BY CONTACTING LOCAT DTS ADMINISTRATOR. PAY STATUS REPORTED IN
   DJMS-RC A24 TRANS MUST BE O (ALPHA CHAR). GOVT QTRS/MESS WILL BE USED IF
   AVAIL WHEN TVL IS TO MIL INSTL OR YOU MUST OBTAIN STMT OF NON-AVAIL. EXCESS
   BAGGAGE AUTH NTE 4 BAGS. THIS AD PERIOD IS EXEMPT FROM THE 5 YEAR CUMLATIVE
   SERV LIMIT ON REEMPLOYMENT RIGHTS UNDER TITLE 38, USC, SEC 4312(C)(4)(B).
   CONTACT ESGR REGARDING EMPLOYMENT/REEMPLOYMENT RIGHTS AT 1-800-336-4590 OR
   CHECK ONLINE AT WWW.ESGR.ORG. ACCRUED LEAVE TREATED IAW 37 USC 501. CDR
   SHOULD ALLOW SM THE OPPORTUNITY TO USE ACCRUED LEAVE WITHIN THE CURRENT MOB
   OR CO-ADOS PERIOD. NO BREAK IN SVC, SM CAN CARRY LEAVE OVER WITH NO PENALTY
   SUBJECT TO THE LIMIT IN 10 USC 701. OFF WILL BE EXCLUDED FROM THE ACTIVE
   ARMY END STRENGTH IAW 10 USC 115 AND WILL NOT BE PLACED ON THE ADL UP 10 USC
   641(1)(D) AND 620(A). FOR CRC RESERVATION EMAIL ATAC@CONUS.ARMY.MIL OR OR
   CALL 1-800-582-5552 FOR EMERGENCY ONLY. SM WILL RPT TO CRC FT BENNING, GA ON
   SAT 18 JUL 2009
FOR ARMY USE:   AUTHORITY: 10 USC 12301 (D)
ACCT CLAS: 21 9/0 2010.0000 01-1100 P1A1000 11**/12** VFRE F3203 5570 01FFGU
   12161 21 9 2020.0000 B1 B1TC 135197 21T1/21T2 COO7803T916551 VFRE F4209
   AZTD2E 12161 CIC: 2920B1AZTD12161 9164-STL-13JUN09

MDC: N/A      HOR: SAME AS SNL                             PMOS/AOC: 21B
SEX: M        PPN: N/A       COMP: USAR       RES GR: MAJ  BASIC BR: EN
DORRES: 16 DEC 2003          PEBD: 29 AUG 1987 SCTY CL: TS W/SENSITIVE INFO

FORMAT: 162


**************                         WANDA L. GOOD
*    AHRC    *                         COL, AG
*  OFFICIAL  *                         COMMANDING
**************

DISTRIBUTION:  1 SOLDIER
 1 SOC CENTRAL (SOCJ1) 7115 S BDRY BLVD 813-828-6378 MACDILL AFB FL 33621
 1 USA ELM HQ USSOUTHCOM 3511 NW 91ST AVENUE MIAMI FL 33172
```