UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| MAJOR STEFAN FREDERICK COOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:09-CV-82 (CDL) |
| ) | |
| COLONEL WANDA L. GOOD, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER

COMES NOW, Defendants, by and through the United States Attorney for the Middle District of Georgia, and move the court to dismiss the application for temporary restraining order against it pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, for lack of subject matter jurisdiction. Specifically, the request for injunctive relief is moot and Plaintiff lacks standing to pursue his claim.

In support of this motion, Defendants submit the attached memorandum of law.

MAXWELL WOOD
UNITED STATES ATTORNEY


By:  s/William D. Gifford for
H. RANDOLPH ADERHOLD
Assistant U.S. Attorney
Georgia Bar No. 005150
P.O. Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 621-2728
Facsimile: (478) 621-2737

OF COUNSEL:
MAJOR REBECCA E. AUSPRUNG
Department of the Army
U.S. Army Litigation Division
901 North Stuart Street, Suite 400
Arlington, VA 22203-1837
Tele: 703-696-1614
Email: Rebecca.Ausprung@us.army.mil