```
                       DEPARTMENT OF THE ARMY
                    U.S. ARMY HUMAN RESOURCES COMMAND
                              1 RESERVE WAY
                         ST. LOUIS, MO 63132-5200
```

AHRC-PLM-S                                                       14 JUL 2009
ORDERS   A-06-916551R


COOK STEFAN FREDERICK            EAD8            MAJ EN 155 54 7803
4207 HARBOR LAKE DRIVE                           W096AA
LUTZ FL 33558



THE FOLLOWING ORDER IS REVOKED OR RESCINDED AS SHOWN.


ACTION: REVOKE

SO MUCH OF: FORMAT 162  A-06-916551        AHRC     DATED 09 JUN 2009

PERTAINING TO: EXTENDED ACTIVE DUTY ORDER OF
               COOK STEFAN FREDERICK
               155 54 7803  MAJ EN 21B










FOR ARMY USE:   AUTHORITY: 10 USC 12301 (D)
ACCT CLAS: 21 9/0 2010.0000 01-1100 P1A1000 11**/12** VFRE F3203 5570 01FFGU
  12161 21 9 2020.0000 B1 B1TC 135197 21T1/21T2 COO7803T916551 VFRE F4209
   AZTD2E 12161 CIC: 2920B1AZTD12161 9199-STL-18JUL09


FORMAT: 705





**************            LOUIS B. WINGATE
*    AHRC    *            COL, FA
*  OFFICIAL  *            COMMANDING
**************

DISTRIBUTION: 1 SOLDIER
  1 SOC CENTRAL (SOCJ1) 7115 S BDRY BLVD 813-828-6378 MACDILL AFB FL 33621
  1 USA ELM HQ USSOUTHCOM 3511 NW 91ST AVENUE MIAMI FL 33172