UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
AT COLUMBUS, GEORGIA



**MINUTE SHEET
OF COURT PROCEEDINGS**

Date:  July 1, 2009   Type of Hearing: Motion Hearing

Judge: CLAY D. LAND   Court Reporter: Betsy Peterson

Courtroom Deputy: Terrie L. Smith   Interpreter: N/A

**Case Number:**  4:09-CV-82 (CDL)

Stefan Frederick Cook, et al,.   Counsel: Dr. Orly Taitz

vs.

Wanda L. Good, et al.   Counsel:  Hugh Randolph Aderhold,
   Major Rebecca Ausprung

Agents/Experts in attendance: N/A

*Disclaimer:  Contents of this Minute sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:**  1:10

- 9:30 A.M.  Hearing commenced.

- The Court called the case and identified the participants.

- Ms. Ausprung addressed the Court for the Government.

- Ms. Taitz addressed the Court for the Plaintiff.

- The Court dismissed the case for lack of jurisdiction.

- 10:40 A.M. Court adjourned.