UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| MAJOR STEFAN FREDERICK COOK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COLONEL WANDA L. GOOD, et al. ) <br> ) <br> Defendants. ) <br> ) | Case No. 4:09-CV-82 (CDL) |

### DECLARATION OF CAPTAIN ROBERT HARRIS

Pursuant to 28 U.S.C. ¶ 1746, I, Captain Robert Harris, U.S. Navy, make the following declaration in the above cited case:

I am the Theater Contingency Engineer Management (TCEM) Commander at Headquarters, U.S. Southern Command (SOUTHCOM) in Miami, Florida. I am the supervisor for Major Stefan Cook, who is an Army Reservist assigned to me as a Drilling Individual Military Augmentee (DIMA).

In 2008, Major Cook advised me that he would be mobilizing to active duty for a one year deployment with Special Operations Central Command (SOCCENT) to Afghanistan. However, on December 14, 2008, Major Cook advised me that he would not be deploying due to health issues.

On May 11, 2009, I received the attached email from Major Cook stating that his doctor had cleared him to deploy; therefore, he had submitted paperwork once again for a year-long deployment to Afghanistan. He informed me that he had requested a mobilization date of July 15, 2009, and that he needed to "get back into the fight and stay current." This email was



consistent with several conversations that I had with Major Cook in which he expressed a desire to deploy.

I do declare under penalty of perjury that the foregoing is true and correct. Executed July 14, 2009, at Upper Marlboro, Maryland.

ROBERT HARRIS
Captain, CEC, U.S. Navy
TCEM Commander
USSOUTHCOM

Ausprung, Rebecca E MAJ MIL USA OTJAG

Subject: FW: Major Stefan Cook

---

From: Cook, Stefan, MAJ (L)
Sent: Mon 5/11/2009 1:16 PM
To: Harris, Robert, CAPT (L)
Cc: Maconi, Donald, CDR (L); Gierbolini, Jose, LTC (L)
Subject: RE: [U]


Sir,

Kind thanks and will do.

V/R

MAJ COOK

---

From: Harris, Robert, CAPT (L)
Sent: Mon 5/11/2009 1:13 PM
To: Cook, Stefan, MAJ (L)
Cc: Maconi, Donald, CDR (L); Gierbolini, Jose, LTC (L)
Subject: RE: [U]


Stefan -

Best of luck. Let us know how you are doing.

r,
CAPT Harris

---

From: Cook, Stefan, MAJ (L)
Sent: Mon 5/11/2009 12:53 PM
Cc: Harris, Robert, CAPT (L); Maconi, Donald, CDR (L); Gierbolini, Jose, LTC (L)
Subject: RE: [U]


Gents,

As the Doc has cleared me to get back to to the fight, I have put in my papers once again for a years deployment in Afghanistan. I have requested a Mobilization date of 15 July 09.

I need to get back in the fight and stay current.

Once my year is up, I'll be back.

1


V/R

MAJ COOK

---

From: Sweeney, Eric, COL (L)
Sent: Mon 5/11/2009 11:38 AM
To: Cook, Stefan, MAJ (L)
Cc: Harris, Robert, CAPT (L); Maconi, Donald, CDR (L); Gierbolini, Jose, LTC (L)
Subject: [U]


CLASSIFICATION:UNCLASSIFIED


Stefan,

Enjoy your tour.

V/R

COL Eric D. Sweeney
United States Southern Command
Chief, Engineer Plans and Operations

305 437-2389
DSN 567-2389


CLASSIFICATION:UNCLASSIFIED

2