UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

MAJOR STEFAN FREDERICK COOK,
    Plaintiff ,

v.                                                          Case No. 4:09-cv-82 (CDL)

COLONEL WANDA L. GOOD, et al.
    Defendants .
_____/

## NOTICE OF APPEAL

**Comes now the Plaintiff Stefan Frederick Cook with this Notice of Appeal this Court's Order of July 16, 2009, dismissing his case with prejudice for lack of subject matter jurisdiction.**

Plaintiff Stefan Frederick Cook in particular appeals this Court's order of July 16, 2009, and notes that this Notice of Appeal is timely filed on September 14, 2009, 60 days after the entry of the final order closing this case.

On Appeal, Plaintiff will seek review of this Court's order determining the questions of "standing", "injury in fact", "political disputes", and whether the Court should exercise jurisdiction because the Defendants' complained of conduct is "capable of repetition, yet evading judicial review." Above all, Plaintiff will seek

*Stefan Frederick Cook's Notice of Appeal from M.D. Georgia*       1

review of the question of whether an officer's obedience to his oath is a  nothing more than a "**political claim [which] does not give rise to a case or controversy to be heard in federal court."**

Respectfully submitted,

September 14, 2009

_____
Dr. Orly Taitz, Esq.,
For the Plaintiff Stefan F. Cook
29839 S. Margarita Pkwy
Rancho Santa Margarita,
California 92688

Tel: 949-683-5411
Fax: 949-766-7036

[dr_taitz@yahoo.com](dr_taitz@yahoo.com)

CERTIFICATE OF SERVICE

The above-and-foregoing Notice of Appeal was served by facsimile and/or hand delivery on Monday, September 14, 2009, on the following parties:

Colonel Thomas D. MacDonald, Garrison Commander, Fort Benning, Georgia

Colonel Wanda L. Good* It has come to the Plaintiff's Attention that Col. Wanda L. Good relinquished command of the U.S. Army Human Resources Command-St. Louis (HRC-STL) on June 24 at Jefferson Barracks, St. Louis, Mo. Col. Good had held the command position since May 2007 and has now retired.  Col. Louis B. Wingate, the current deputy commander, was scheduled to assume command and will be substituted for Colonel Good as a party defendant in the Complaint.

Dr. Robert M. Gates, Secretary of Defense, by and through_____

President Barack Hussein Obama,
The White House, 1600 Pennsylvania Avenue
Washington, D.C. 20500

And also by and through the Attorney General of the United States, Eric Holder, at

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

and Maxwell Wood, United States Attorney for the Middle District of Georgia, at

U.S. Attorney's Office  Gateway Plaza  300 Mulberry Street, 4th Floor Macon, Georgia 31201  Tel: (478) 752-3511

And also at:

Columbus Division   1246 First Avenue   SunTrust Building, 3rd Floor  Columbus, Georgia 31901   Tel: (706) 649-7700.

                                                    _____
                                                    Attorney Orly Taitz, Esquire,
                                                    For the Plaintiff Major Stefan Frederick Cook