| | | |
|---|---|---|
| GREGORY J. LEONARD, Clerk<br>Telephone: (706) 649-7816<br>Facsimile: (706) 649-7790 | UNITED STATES DISTRICT COURT<br>OFFICE OF THE CLERK<br>MIDDLE DISTRICT OF GEORGIA<br>120 TWELFTH STREET<br>P.O. BOX 124<br>COLUMBUS, GEORGIA 31902-0124 | OFFICES<br>ALBANY 31701<br>ATHENS 30601<br>COLUMBUS 31902<br>MACON 31202<br>VALDOSTA 31601 |

September 17, 2009

Clerk, U.S. Court of Appeals–Eleventh Circuit  USDC No. 4:09-CV-82 (CDL)
56 Forsyth Street, N.W.  USCA No.
Atlanta, GA 30303

In Re: <u>COOK v. GOOD et al.</u>

Dear Clerk:

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

☒ Certified copy of notice of appeal, docket entries, and order appealed from, enclosed. If opinion/order was oral, please check box. ☐

☒ First Notice of Appeal: ☒ Yes ☐ No

☐ There was no hearing from which a transcript can be made.

☒ The appellate docket fee has been paid: ☒ Yes ☐ No
Date Paid: September 15, 2009

☐ An appeal bond has been posted ☐ Cost Bond ☐ Supersedeas Bond

☒ The judge appealed from is Judge Land

☒ The court reporter is Betsy Peterson

☐ This is an appeal of a bankruptcy order. Bankruptcy order appealed from and a copy of bankruptcy docket enclosed. Bankruptcy Judge is

☐ This is a DEATH PENALTY appeal.

Sincerely,

Gregory J. Leonard, Clerk

S/ Terrie L. Smith
Deputy Clerk