GREGORY J. LEONARD, Clerk
Telephone: (478) 752-3497
Facsimile:  (478) 752-3496

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
475 MULBERRY STREET
P.O. BOX 128
MACON, GEORGIA 31202-0128

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
VALDOSTA 31601

# **M E M O R A N D U M**

**TO:** Counsel for Plaintiff Stefan Frederick Cook

**FROM:** Clerk, U.S. District Court

**DATE:** September 17, 2009

**RE:** Case Number: 4:09cv82 (CDL)

Notice of Appeal in the above-referenced case was filed on . The *Eleventh Circuit Transcript Information Sheet* has been sent to you.

**You should complete and file the original (yellow copy) of the *Transcript Information Form* no later than October 4, 2009, including those cases in which there was no hearing or for which no transcript is ordered.  If ordering a transcript, send the pink and green pages to the appropriate Court Reporter(s).**  Send a photocopy of the *Transcript Information Form* along with an executed *Civil Appeal Statement Form,* which can be found at the district court's website ([www.gamd.uscourts.gov](www.gamd.uscourts.gov)), to the U.S. Court of Appeals, 56 Forsyth Street NW, Atlanta, GA 30303.  A photocopy of the form should also be furnished to other parties or their counsel of record.

Sincerely,

Gregory J. Leonard, Clerk

S/ Terrie L. Smith
Deputy Clerk

Enclosures