# IMPORTANT NOTICE REGARDING TRANSCRIPT ORDERS

To assist you in processing your transcript request(s), we are providing to you the name(s) of the court reporter(s) next to the proceedings listed below that were actually conducted in this case. Since there are situations where more than one court reporter may have recorded the different proceedings in a case, it is necessary that you prepare and submit separate forms (Eleventh Circuit Transcript Information Form and, if court appointed attorneys are involved, CJA24 form, Authorization and Voucher for Payment of Transcript) for each court reporter. We have provided in this package a sufficient number of sets of these forms to allow you to properly complete your transcript request(s). If you need additional forms for any reason, please contact the Clerk's Office at <u>Columbus</u>, and we will be glad to send you the needed forms.

CASE NUMBER: 4:09-CV-82 (CDL)

| TYPE OF PROCEEDING | PROCEEDING DATE | COURT REPORTER |
|---|---|---|
| Pre-Trial Proceedings | | |
| Plea | | |
| Change of Plea | | |
| Trial | | |
| Sentence | | |
| Other | 7/16/09 | Betsy Peterson |

NOTE: In cases where you will be submitting a CJA24, Authorization and Payment of Transcript, please make sure those are attached to the pink and green copies of the Transcript Information Form and sent to the appropriate court reporter.