**Orly Taitz**
Law Offices Of Orly Taitz Esq
26302 La Paz Ste 211
Mission Viego , CA 92691