PLEASE RETURN TO:

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
120 TWELFTH STREET
P.O. BOX 124
COLUMBUS, GEORGIA 31902-0124

GREGORY J. LEONARD, Clerk
Telephone: (706) 649-7816
Facsimile: (706) 649-7790

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
VALDOSTA 31601

U.S. COURT OF APPEALS RECEIVED CLERK
SEP 18 2009
ATLANTA, GA.

September 17, 2009

Clerk, U.S. Court of Appeals–Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

USDC No. 4:09-CV-82 (CDL)
USCA No. 09-14698-C

In Re: COOK v. GOOD et al.

Dear Clerk:

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

☒   Certified copy of notice of appeal, docket entries, and order appealed from, enclosed. If opinion/order was oral, please check box.  ☐

☒   First Notice of Appeal:  ☒ Yes        ☐ No

☐   There was no hearing from which a transcript can be made.

☒   The appellate docket fee has been paid:  ☒ Yes  ☐ No
    Date Paid: September 15, 2009

☐   An appeal bond has been posted        ☐ Cost Bond  ☐ Supersedeas Bond

☒   The judge appealed from is Judge Land

☒   The court reporter is Betsy Peterson

☐   This is an appeal of a bankruptcy order. Bankruptcy order appealed from and a copy of bankruptcy docket enclosed. Bankruptcy Judge is

☐   This is a DEATH PENALTY appeal.

Sincerely,

Gregory J. Leonard, Clerk

S/ Terrie L. Smith
Deputy Clerk