IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 09-14698-CC

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

NOV 24 2009

THOMAS K. KAHN
CLERK
```

STEFAN FREDERICK COOK,
Major,

                        Plaintiff-Appellant,

CAROL DEAN CHILDERS,
Major General,
DAVID EARL GRAEF,
Lieutenant Colonel,

                        Plaintiffs,

versus

WANDA L. GOOD,
Colonel,
THOMAS D. MACDONALD,
Colonel,
DR. ROBERT M. GATES,
United States Secretary of Defense,
BARACK HUSSEIN OBAMA,
LOUIS B. WINGATE,
Colonel,

                        Defendants-Appellees.

---

On Appeal from the United States District Court for the
Middle District of Georgia

---

ENTRY OF DISMISSAL

Pursuant to 11th Cir.R. 42-2(c), this appeal is hereby dismissed for want of prosecution because the Appellant has failed to file

a brief and record excerpts within the time fixed by the rules, effective this 24th day of November, 2009.

                    THOMAS K. KAHN
          Clerk of the United States Court
      of Appeals for the Eleventh Circuit


By:   /s/ Eleanor M. Dixon
         Deputy Clerk
    FOR THE COURT - BY DIRECTION

A True Copy Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: [signature]
   Deputy Clerk
   Atlanta, Georgia

ORD-40
5/91